UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - KZ
July 2, 2018 1:56 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by MM/7/5

1:18-cv-739
Janet T. Neff
U.S. District Judge
Ellen S. Carmody
U.S. Magistrate Judge

Joseph A. Craigo #43549

_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. 1) Richard J. Behnke ; 2) Clinton D. Roach ; 7) Advanced Correctional Heathcare
3) Kevin L. Garrelts ; 4) Joseph Mashni
5) Susanne Salisbary ; 6) Cass County Sheriff's office Jail Divison

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I.  **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

   A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐  No ☒

   B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2.  Is the action still pending?   Yes ☐  No ☐

       a.  If your answer was no, state precisely how the action was resolved: _____

   _____

   3.  Did you appeal the decision?   Yes ☐  No ☐

   4.  Is the appeal still pending?   Yes ☐  No ☐

       a.  If not pending, what was the decision on appeal? _____

   _____

   5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐  No ☐

       If so, explain: _____

II. **Place of Present Confinement** Cassopolis County jail, 321, M-62, Cassopolis, MI 49031

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

   _____

III. Parties

  A. Plaintiff(s)

  Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

  Name of Plaintiff  Joseph Craigo
  Address  321 M-62, Cassopolis, MI 49031

  B. Defendant(s)

  Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

  Name of Defendant #1  Richard J. Behnke
  Position or Title  Sheriff
  Place of Employment  Cass County Sheriff Dept/Jail
  Address  321 M-62, Cassopolis, MI 49031
  Official and/or personal capacity?  Offical/personal

  Name of Defendant #2  Clinton D. Roach
  Position or Title  Undersheriff
  Place of Employment  Cass County Sheriff Dept/Jail
  Address  321 M-62, Cassopolis, MI 49031
  Official and/or personal capacity?  Offical/and personal

  Name of Defendant #3  Kevin L. Garrelts
  Position or Title  Captain/Jail Administrator
  Place of Employment  Cass County Jail
  Address  321 M62, Cassopolis, MI 49031
  Official and/or personal capacity?  Offical/and personal

  Name of Defendant #4  Joseph Mashni
  Position or Title  P.IV./medical provider
  Place of Employment  Cass County Jail
  Address  321 M62, Cassopolis, MI 49031
  Official and/or personal capacity?  offical/and personal

  Name of Defendant #5  Susanne Salisbury
  Position or Title  Nurse
  Place of Employment  Cass County Jail
  Address  321 M62, Cassopolis, MI 49031
  Official and/or personal capacity?  Offical/and personal

-2-

B. Defendant(s) Contenued

Name of Defendant(s) #6. Cass County Sheriff's office Jail Divison
Position or title. Count Jail
Place of Employment. ~~ATA~~ Cass County Sheriffs office / Jail
Address. 321 M-62, Cassopolis, MI 49031
Offial and/or personal Capacity? Offical


Name of Defendant #7 Advanced Correctional Hrathcare.
Position or title. Health Care Provider
Place of Employment. Cass County Jail
Address. 3922 W. Baring Trace, Peoria, IL 61615
offial and/or personal capacity offical

IV. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

In short my claim is, I have a chronic illness that affects my pancreatitis, and I was on medicen to treat it befor I came to the Cass County Jail. The medicen I take is a digestive enzim that helps me digest foods. This condition has been confirmed from past records received from past incarcerations. The Cass County jail will not provide my medicen. Based on my records, the medicen is needed for me to maintain a heathy digestive tract. The lack of this medicen has caused me problems, including but not limited to bleeding from my rettam and worring about my heath has caused saver anxiety and the lack of treatment has impacted my self-easteam. I have been incarcerated in the Elkhart County Jail, RDC, and Westville prison, and all of them have seen the need for me to get my medication.

On 5/23/18 I spoke with Jail Captain Kevin L. Garrelts about my medical care. I presented names of officers that have wittnessed my condition and that the Dr./medical provider Joseph Mashni did say, after completing a rectal exam that I don't have hemorrhoids. But still decieded to treat the problem with hemorrhoid cream. Captain Kevin L. Garrelts was informed at this hearing, that I don't have this problem when I'm on my meds. In this hearing I explained my grievance is that I'm being treated for hemorrhoids that I do not have, and that I've been poop blood off and on. I also explained that Dr. Joseph Mashni checked and found no hemorrhoids at that time. The captain did not call any of the officers I had on my wittness list at the formal hearing to vearafy my claim, that I had been pooping blood for some time now and at times its quit alot. I told him that at times I had filled the toilet with blood, and that two of the jail officers saw me wipe, and the toilet paper looked like a bloody tampon pad.

(Last Revised: June 2013)

On 5/24/18 I received a letter from Captain Kevin L. Garrelts about the formal hearing. The letter I received atempts to minamize the issue. It does not reflect the truth of the matter. The hearing was recorded and all the officers where body cams. The letter notes that the amount of blood is very minimal; but while in the hearing mr. Garrelts asked about me need a new Jumpsuit the day befor, and I explained that I had farted and blood came out, then that it was enof to soak thorugh my Boxers to my Jumpsuit and leve about a half doller size Bloodstan in the Jumpsuit.

The issue is not about me having hemorrhoids or not. It is that the medical provider does not carry my medication, and the jail Administrator has read my medical records and knows how important it is for me to have my meds, and Captain Kevin L. Garrelts has the authority to aprove my medication and will not.

Joseph Mashni the medical provider has seen me for this prior to the hearing. He preformed a rectal exam, with St. Johnson present as a wittness and at that time he found no hemorrhoids and he said "I didn't find any hemorrhoids, you don't have hemorrhoids, I don't know why your pooping Blood." He then ordered hemorrhoid cream insted of my medication, or look into the issue.

On 5/24/2018 I saw Joseph Mashni, where he told me that if I didn't try the hemorrhoid cream, I would be refusing treatment, use it for 7 days and see what happens. I had allready been using the cream just to see if it might work, even though I knew for a fact that I didn't have hemorrhoids. Two days of use made my rectum swell and it was very painful.

The Basic Fact is that, the point is I am not being given the medication I need for my illness. I keep geting the run around. And even if I did have hemorrhoids it wouldn't change this fact.

What Joseph Manhni is doing is, he is droping a Red-Herring to misdirect medical information about my treatment. My medical Records speaks for there self, that I do need my medication, regardless if I have hemmorroids or not. The Case County Jail and medical staff has all knowen about me needing my meds from day one.

Nurse Susanne Sailisbury is personaly involved also because she received my medical records and read them. She is a medical professinal that knows what to do when medical Records show a person needs there medicen.

The sheriff and undersheriff, Richard J. Behnke and Clinton D. Roach are responible for jail policy and legaly responible for the actions of there staff. And the Cass County Sheriff's Office, as a legal entity and/or person is responible for all it's staff.

And lastly the issue about charges for Chronic Care, Captain Garrelts will not address this matter, pointing to the policy of the medical care provider and jail as to what elicits financial cost. It is my understanding that state law is quit different as to the meaning of Chronic Care.

I Have been without my medication for over a year, and it is a major requirement of life for me. It is hard if not impossible for me to know what kind of damage to my overall health me being denied my medication has caused or if any further damage to my pancreatitis has resulted from the lack of care. Every time thay do blood work, it is days after I tell them about the issue. Then it stops there. My medical chart is quit long and, I was seening Dr.s and spicalist prior to being incarcerated. I have been hospitalized meany times because of my illness, and have almost died. Every other jail or prison has given me my meds after my blood work comes back normal, and kept me on it, based on my records.

I spoke with Jail capain Kevin L. Garrelts and undersheriff Clinton D. Roach about my medical care on 5/29/2018. I explained the situation. The undersheriff, mr. Roach said he will look into the matter and talk to the Dr. Joseph mashni and get back with me on thursday. I also asked mr. Roach about doing something about the infection that I've had on the bottom of my foot. I have been being treated for it now for over 8 months. It started off as a boil that the medical staff called a wort, then after 5-6 moths of treating it as a wort, it swelled up and poped. I was given antibiodics two times, and the infection still will not go away. The medical provider has not and will not take a lab sample.

I also saw the nurse on 5/29/2018 about this, where the new nurse that just started on that date said it looked like a tract infection, one that runs deeper and deeper. So fare, the treatment has been to keep soaking my foot I was given antibiodics when it poped 2-3 months ago. It being on the bottem of my foot and very painful, has efected my daily activitys, like taking showers and walking around for the exersize I can get.

On 5/29/2018 undersheriff Clinton D. Roach gave me the name of the Heath care provider at the jail (Advanced Correctional Heathcare). Thay are responsible for the actions of there employees and company policys.

I waited till 6/20/2018 to see if Clinton D. Roach the undersheriff would be a man of his word. Thay are still doing nothing about geting me my meds as of this date.

The basic course of action for medial care in the Cass County jail is to do as little a possible for any inmate. This is best illistrated in the case of my foot, I have had an infection on the bottom of my foot for over 9 months now. Thay treated it as a wort till it swelled up and poped. Then I was given antiboics two times. The infection or/and the problem causeing the infection still has yet to be treated. The only treatment that thay are willing to give me is to keep soaking it, so I do, and the problem remains the same. Its been almost a year now, How long does an inmate have to endure a treatment that is not working? How long do I have to keep sweezing puse out of my foot befor it becomes a health issue? How long can medical staff in a jail ignor an issue like this before it becomes an humain treatment of a prisoner? How long would you as a human being like to be treated like this?

I have witnessed a 58 year old man have a seazer, because thay kept changing his meds insted of just keeping him on what he was taking befor he came to jail. My naber in the cell next to me has had a bad tooth cents he came here, and it has become infected twice, thay give him antibiodics for it, but there is no dentist for the Cass County jail so he will just have to deal with the pain till he leves. And the man in the cell below me had a broken leg when he came in that took them 12 days to get him any x-rays or treatment for. I have included declarations form these other inmates to show the standerd of medical treatment the jail provides for its inmates.

All the defendants acted and contenue to act with deliberate indifference to medical needs of the plaintiff, Joseph A. Craigo, and there is no plain, adequate or complete remedy to redress the wrongs described herein. Plaintiff has and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

On information and belief when I, Joseph Craigo, plaintiff pro-se, Sent this complaint in to the Captains office on 6/24/2018 to get it approved to make copies for this Court, Captain Kevin L. Garrelts used this as an opportunity to go fishing for information about the lawsuit. He was made awhere of the lawsuit on or about 5/25/2018 when I requested for him to Complet the Certificate on the Authorization For Withdrawal of Funds to pay The Civil Action Filing Fee and Affidavit of INdigence in Support of Request to proceed IN Forma PAUPERIS. I first sent in a blank form and Request for the information, he then refused to provide anything till I provided who the Defendant(s) where; by Sending officer Diaz back with a Verbal message. officer Diaz then informed me "The Captain Says he needs to know who the defendant(s) are." After providing mr. Diaz with the information the Captains response was to send Officer Ponce in to tell me "The Captain whants to See you next Tuesday about your last Grievance". On 5/29/2018 I meet with Captain Kevin L. Garrelts and Undersheriff Clinton D. Roach. The pattern of abuse Contenued till 6/26/2018 when nurse Susanne Salisbury came to my cell for morning meds and informed me that I would be seeing a spicelist in July.

I have used the inmate grievance proceedure available to try and solve the problem. The smiple fact of the matter is, that medical and jail staff acted with deliberate indifference to my medical needs from 3/28/2018 to 6/26/2018. Causing me undo pain and suffering, pancreatitis the illness I have is extreamly painful when not treated. So even when or IF I receive my medication the issue will not become moot. The heart of the issue is the Systematic pattern of abuse and deliberate indifference shoonwen to inmates in the Cass County jail, Who require medical treatment.

Nothing was done about my medical needs till I sent this claim in to get Copies, and it had to get "Approved" by the Captain. Fishy?

## V. PRAYER FOR RELIEF

WHEREFOR, Plaintiff Joseph A. Craigo, pro-se Respectfully pray this Court enter judgement:

1) a declaration that the acts and omissions described herein violate the Plaintiff's Rights under the U.S. Constitution and the laws of the United States and the State of Michigan, and

2) A preliminary and permanent injunction ordering defendants to provide adaquit medical care for the Plaintiff Joseph A. Craigo; to wit the medication needed to treat my illness, and

3) Granting Plaintiff Joseph A. Craigo, Compensatory damages in the amount of $2.5 million against each defendant, jointly and Severally, and

4) Granting Plaintiff Joseph A. Craigo, Punitive damages in the amount of $2.5 million against each defendant, jointly and Severally, and

5) A jury trial on all issues triable by jury

6) Plaintiff also seeks recovery of the costs in this Suit.

7) Any additional relief this court deems just, proper and equitable.

Date 6/27/2018                  Signature of Plaintiff  J. Craigo

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Cassopolis Michigan on 6/27/2018

J. Craigo
Joseph A. Craigo

Joseph Craigo #43549
Cass County Jail
321 M-62-N
Cassopolis, MI 49031



Office of The Clerk
United States District Court
B-35 Federal Building
410 W. Michigan Avenue
Kalamzoo, Michigan, 49007