UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH A. CRAIGO,

    Plaintiff,

v.

RICHARD J. BEHNKE, et al.,

    Defendants.

_____/

Case No. 1:18-cv-739

HON. JANET T. NEFF

# ORDER

This is a civil rights action brought by an inmate under 42 U.S.C. § 1983. The parties filed motions for summary judgment (ECF Nos. 51, 63, 71). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 29, 2019, recommending that this Court deny Plaintiff's motion, grant Defendants' motions, and that this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 77) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 51) is DENIED.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (ECF No. 63, 71) are GRANTED.

**IT IS FURTHER ORDERED** that this Court does not certify that an appeal would not be in good faith.

A Judgment will be entered consistent with this Order.


Dated: August 26, 2019                                    /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge